```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 06 B 13734
   KOBBY AGYEBEN
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

      Debtor
   SSN XXX-XX-6965
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/25/06 and confirmed on 02/01/07.

2. The case was dismissed after confirmation, 12/05/2008.

3. The Debtor paid a total of $ 4263.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| CREDIT UNION 1 | UNSECURED | 1693.01 | .00 | 17.14 |
| MONTEREY FINANCIAL SVCS | SECURED | 700.00 | .00 | 452.63 |
| AMSHER COLLECTIONS SVCS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3432.84 | .00 | 57.87 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CCS | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 4093.48 | .00 | 69.01 |
| CHICAGO ACCEPTANCE CORPO | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT | UNSECURED | 1194.96 | .00 | 20.14 |
| *HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1109.68 | .00 | 18.71 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT UNION 1 | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILLINOIS COLLEC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PREMIUM ASSET RECOVERY | UNSECURED | 241.54 | .00 | .00 |
| PREMIUM ASSET RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| R & R MOTOR | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2766.70 | .00 | 46.65 |
| CREDIT UNION 1 | UNSECURED | 4815.49 | .00 | 81.18 |

```
WESLAKE COUNTRY CLUB        SECURED        1043.75            .00         797.28
MONTEREY FINANCIAL SVCS     UNSECURED       754.79            .00            .00
T MOBILE USA                UNSECURED       175.39            .00            .00
PORTFOLIO RECOVERY ASSOC    UNSECURED       287.64            .00            .00
     Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  1743.75          .00     20565.52         .00      22309.27
PRINCIPAL PAID      1249.91          .00       310.70         .00       1560.61
INTEREST PAID           .00          .00          .00         .00            .00
TOTAL PAID          1249.91          .00       310.70         .00       1560.61
```

The Debtor's attorney, PATRICK A MESZAROS                , was allowed $   3000.00
and was paid $    500.00   direct and $   2500.00   through the plan.

The Trustee received $    202.39 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/11/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                                    PAGE   2
          CASE NO. 06 B 13734 KOBBY AGYEBEN